UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

FILED

2008 JAN 17 A 9: 25

U.S. DISTRICT COURT
EASTERN DIST. TENN.
BY_____DEPT. CLERK

UNITED STATES OF AMERICA )
)
) 1:07-cr-146
v. ) Judge Edgar
) Judge Susan K. Lee
)
JOSHUA SMITH )

## ORDER

On the petition of the United States of America by James R. Dedrick, United States Attorney for the Eastern District of Tennessee, it is hereby

ORDERED that the Clerk of this Court be and is hereby instructed to issue a writ of habeas corpus ad prosequendum to the Warden, Brushy Mountain Correctional Complex, Petros, Tennessee, requiring said Warden to have JOSHUA SMITH before this Court on the **19th** day of **February, 2008**, for a hearing and to have him here each day thereafter until said case is disposed of, and upon completion of the case, to return him to the Warden, Brushy Mountain Correctional Complex, Petros, Tennessee, and it is further

ORDERED that in the event the Warden so elects, the United States Marshal for the Eastern District of Tennessee, or any other duly authorized United States Marshal or Deputy Marshal, is directed to receive said JOSHUA SMITH into his custody and transport him from his place of current incarceration to appear before this Court for the aforesaid purpose.

ENTER.

_____
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE